No. 952. Félix Navarro & Co., S. en C., *v.* Cerón et al.—Apelación procedente de la Corte de Distrito de Ponce. Moción de los apelados para desestimar la apelación. Resuelto en febrero 18, 1913. Desestimada la apelación por incumplimiento del artículo 249 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911. Abogado de los apelados: *Sr. José A. Poventud.* Los apelantes no comparecieron.

———

No. 953. Congregación de Siervas de María *v.* May.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción del Fiscal para que se desestime la apelación. Resuelto en febrero 18, 1913. Desestimada la apelación por incumplimiento del artículo 249 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.* Abogado de los apelantes: *Sr. Leopoldo Feliú.*

———

No. 321. Ex parte Miranda.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company en febrero 18, 1913. Resuelto en febrero 18, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.